IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-31-MEF |
| | ) | (WO) |
| SYLVESTER VAUGHN | ) | |

# **O R D E R**

Upon consideration of the government's Response to Defendant Vaughn's Motion to Sever Defendant (Doc. #97) filed on October 1, 2009, it is hereby

ORDERED that the defendant shall file a reply to the government's Response on or before October 22, 2009.

DONE this the 15th day of October, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE